IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION



| | |
|---|---|
| KIMBERLY STARLING, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KEYCITY CAPITAL, LLC and TIE LASATER,<br><br>Defendants. | Case No. 3:21-cv-818-S |

## NONPARTY WITNESS LEE COMPTON'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE MOTION TO QUASH TO SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

Nonparty witness Lee Compton respectfully seeks a five-day extension of time to file a Motion to Quash and Objections to the Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action served on him on February 10, 2022. At present, nonparty witness Compton's deadline to file his Motion and Objections is today, February 24, 2022, see Affidavit of Service, ECF No. 48. The extension sought would extend that deadline to March 1, 2022, which would provide Compton's counsel time to find local counsel to assist with the filing and request pro hac vice admission. Pursuant to Local Rule of Civil Procedure 7.1.a., the undersigned counsel consulted with counsel for Defendants, who represented that Defendants consent to the requested extension.

Based on the foregoing, nonparty witness Compton respectfully requests that his unopposed motion for an extension of time be granted.

Dated: February 24, 2022

Respectfully submitted

*Jeanette M Braun* (signature)

Jeanette M. Braun
Counsel for Lee Compton
Admission into the Northern District of Texas Pro Hac Vice will be requested
jmbraun@brauniplaw.com
Braun IP Law, LLC
1600 W Lake Street, Suite 103B
Addison, IL 60101
773-504-4036

## CERTIFICATE OF SERVICE

The undersigned certifies that on February 24, 2022, a copy of this pleading and any accompanying attachments noted in the pleading were served to counsel of record for Defendants, Stuart L. Cochran and Blake Mattingly, via email to stuart@scochranlaw.com and blake@scochranlaw.com.

*Jeanette M. Braun*

## CERTIFICATE OF CONFERENCE

The undersigned certifies that on February 24, 2022, I conferred with Defendants' counsel, requested consent for filing this Motion for Extension of Time, and Defendants'.

*Jeanette M. Braun*

## CERTIFICATE OF MAILING

The undersigned certifies that on February 24, 2022, three copies of this pleading and any accompanying attachments noted in the pleading were deposited with the United States Postal Service with sufficient postage as priority mail in an envelope addressed to Clerk of the Court, United States District Court, Northern District of Texas, 1100 Commerce Street, Room 1452, Dallas, TX 75242.

*Jeanette M. Braun*







USPS Priority Mail Flat Rate Envelope

Mailed 02/24/2022, $11.85 US Postage, Click-N-Ship

SHIP TO:
CLERK OF THE COURT UNITED STATES DISTRICT
NORTHERN DISTRICT OF TEXAS
1100 COMMERCE ST
STE 1452
DALLAS TX 75242-1310

From:
JEANETTE M BRAUN
BRAUN IP LAW, LLC
1600 W LAKE ST
STE 103B
ADDISON IL 60101-1822

USPS Tracking #: 9410 8036 9930 0146 8014 64
Ref#: 3:21cv818s
Electronic Rate Approved #038555749

Received MAR 1 2022