UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **KIMBERLY STARLING**, on behalf of herself and all others similarly situated,<br><br>*Plaintiff*,<br>v.<br><br>**KEYCITY CAPITAL, LLC and TIE LASATER,**<br><br>*Defendants*. | Civil Case No.: 3:21-cv-818-S<br><br>**JOINT NOTICE OF SETTLEMENT** |

Plaintiff, Kimberly Starling ("Starling") and Defendants, KeyCity Capital, LLC ("KeyCity") and Tie Lasater ("Lasater") (together, "Defendants") submit this joint notice of settlement.

1. The parties have resolved the case during mediation with Judge Denlow. The executed settlement requires the parties to finalize actions by November 30, 2022.

2. After the final actions have been taken, the parties will submit a joint stipulation of dismissal.

3. The parties request that the Court abate all deadlines in the case and retain jurisdiction pending the completion of the settlement terms.

4. If the Court desires to administratively close the case, the parties request that the Court allow until December 9, 2022 for the parties to reinstate the case should the settlement terms not be completed.

Respectfully submitted:

| | |
|---|---|
| /s/*Chris R. Miltenberger*<br>Chris R. Miltenberger<br>Texas Bar No. 14171200<br><br>**The Law Office of Chris R. Miltenberger, PLLC**<br>1360 N. White Chapel, Suite 200<br>Southlake, Texas 76092-4322<br>817-416-5060 (office)<br>817-416-5062 (fax)<br>chris@crmlawpractice.com<br><br>Max S. Morgan, Esquire<br>Eric H. Weitz, Esquire<br>**THE WEITZ FIRM, LLC**<br>1528 Walnut Street, 4th Floor<br>Philadelphia, PA 19102<br>Tel: (267) 587-6240<br>Fax: (215) 689-0875<br>max.morgan@theweitzfirm.com<br>eric.weitz@theweitzfirm.com<br><br>**Attorneys for Plaintiff** | /s/ *Stuart L. Cochran*<br>Stuart L. Cochran<br>Texas Bar No. 24027936<br><br>Blake E. Mattingly<br>Texas Bar No. 24104229<br><br>**COCHRAN LAW PLLC**<br>12720 Hillcrest Rd, Suite 1045<br>Dallas, Texas 75230<br>T – 972.387.4040<br>F – 972.387.4041<br>Email: stuart@scochranlaw.com<br>Email: blake@scochranlaw.com<br><br>**ATTORNEYS FOR DEFENDANTS KEYCITY CAPITAL, LLC & TIE LASATER** |

### Certificate of Service

The undersigned certifies that the foregoing document was filed electronically through the Court's CM/ECF system in compliance with the Local Rules.

By:  */s/ Chris R. Miltenberger*
Chris R. Miltenberger