# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | |
|---|---|
| KIMBERLY STARLING, on behalf of herself and all others similarly situated | § § § |
| v. | §   CIVIL ACTION NO. 3:21-CV-818-S |
| KEYCITY CAPITAL, LLC and TIE LASATER | § § § § |

### ORDER

The parties have announced that the parties have settled this case but require several months to finalize the settlement. *See* ECF No. 114. Accordingly, this case is **ABATED** and **ADMINISTRATIVELY CLOSED** without prejudice to its being reopened to enter a judgment or order of dismissal or for further proceedings if the settlement is not consummated. The current trial setting and scheduling order are vacated and all pending motions and/or hearings are terminated.

**SO ORDERED.**

SIGNED July 27, 2022.

**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**