# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | |
|---|---|
| **KIMBERLY STARLING**, on behalf of herself and all others similarly situated,<br><br>        *Plaintiff*,<br>  v.<br><br>**KEYCITY CAPITAL, LLC and TIE LASATER,**<br><br>        *Defendants*. | Civil Case No.: 3:21-cv-818-S |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Kimberly Starling ("Starling") and Defendants, KeyCity Capital, LLC ("KeyCity") and Tie Lasater ("Lasater") (together, "Defendants") pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), stipulate to the dismissal of all of Plaintiff's individual claims against Defendants in the above-captioned matter with prejudice, and to the dismissal of all the class claims without prejudice. The case has not been certified as a class action, and this *Stipulation of Dismissal* disposes of the entire action. Each party shall bear its own costs and fees incurred in this action.

Respectfully submitted:

| | |
|---|---|
| /s/*Chris R. Miltenberger*<br>Chris R. Miltenberger<br>Texas Bar No. 14171200<br><br>**The Law Office of Chris R.**<br>**Miltenberger, PLLC**<br>1360 N. White Chapel, Suite 200<br>Southlake, Texas 76092-4322<br>817-416-5060 (office)<br>817-416-5062 (fax)<br>chris@crmlawpractice.com<br><br>Max S. Morgan, Esquire<br>Eric H. Weitz, Esquire<br>**THE WEITZ FIRM, LLC**<br>1528 Walnut Street, 4th Floor<br>Philadelphia, PA 19102<br>Tel: (267) 587-6240<br>Fax: (215) 689-0875<br>max.morgan@theweitzfirm.com<br>eric.weitz@theweitzfirm.com<br><br>**Attorneys for Plaintiff** | */s/ Stuart L. Cochran*<br>Stuart L. Cochran<br>Texas Bar No. 24027936<br><br>Blake E. Mattingly<br>Texas Bar No. 24104229<br><br>**COCHRAN LAW PLLC**<br>8140 Walnut Hill Ln., Suite 250<br>Dallas, Texas 75231<br>T – 469-333-3405<br>F – 469-333-3406<br>Email: stuart@scochranlaw.com<br>Email: blake@scochranlaw.com<br><br>**ATTORNEYS FOR DEFENDANTS**<br>**KEYCITY CAPITAL, LLC & TIE**<br>**LASATER** |

## Certificate of Service

The undersigned certifies that the foregoing document was filed electronically through the Court's CM/ECF system in compliance with the Local Rules.

By:     */s/ Chris R. Miltenberger*
Chris R. Miltenberger